**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PAWNEE LEASING CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> A2K WELLNESS, LLC and ) <br> AMANDEEP KAUR, ) <br> ) <br> Defendants. ) | Case No.: <br><br> Amount Claimed: $123,254.53, plus prejudgment interest, attorneys' fees and costs |

## COMPLAINT

NOW COMES Plaintiff PAWNEE LEASING CORPORATION ("Pawnee"), by and through its counsel, and for its Complaint against Defendants A2K WELLNESS, LLC ("A2K") and AMANDEEP KAUR ("Kaur") (collectively, the "Defendants"), states as follows:

## PARTIES

1. Pawnee is a Colorado corporation with its principal place of business located at 3801 Automation Way, Suite 207, Fort Collins, Colorado 80525. Pawnee is fully authorized to do business in the State of Illinois.

2. Defendant A2K is an Illinois limited liability company registered under the laws of the State of Illinois with its principal place of business located at 696 Star Grass Ct., Lake Villa, Illinois 60046. Based on the records of the Illinois Secretary of State, A2K's sole member is Amandeep Kaur, who maintains his domicile at 696 Star Grass Ct., Lake Villa, Illinois 60046.

3. Defendant Kaur is a citizen of the State of Illinois who is domiciled at 696 Star Grass Ct., Lake Villa, Illinois 60046.

1

## JURISDICTION AND VENUE

4. Jurisdiction is appropriate in this Court pursuant to 28 U.S.C. § 1332(a)(1), insomuch as the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(1) and (2), because a substantial part of the events or omissions giving rise to Pawnee's claims occurred in this judicial district, and because the Defendants reside and/or conduct business in this judicial district.

## BACKGROUND

6. On March 28, 2022, Tandem Finance Inc. ("Tandem), a non-party, as lender, and A2K, as borrower, entered into Equipment Finance Agreement No. xxx099 (the "Agreement"), under which Tandem agreed to finance the purchase of one (1) Emnsculpt Neo V 103 SN: 89900B002369 plus accessories (the "Equipment"). A true and correct copy of the Agreement, EFA Schedule "A," and Addendum to the Finance Agreement is attached hereto as Group Exhibit 1.

7. Pursuant to the Agreement, A2K agreed to make sixty (60) consecutive monthly payments of $3,692.48 each, plus taxes. *See* Group Exhibit 1.

8. To induce Tandem to enter into the Agreement, Kaur personally guaranteed the obligations of A2K under the Agreement pursuant to a Guaranty (the "Guaranty"). A true and correct copy of the Guaranty is located on the face of the Agreement attached to Group Exhibit 1.

9. A2K granted Tandem a first priority security interest in the Equipment. *See* Group Exhibit 1, ¶ 4.

10. On or about March 28, 2022, Tandem assigned all of its right, title, and interest in and to the Equipment, Agreement and Guaranty to Pawnee pursuant to an assignment (the "Assignment"). A true and correct copy of the Assignment is attached hereto as Exhibit 2.

11. Pawnee perfected its first priority security interest in the Equipment by having its representative, CT Corporation System, file a UCC-1 Financing Statement with the Illinois Secretary of State. A true and correct copy of the UCC-1 Financing Statement for the Equipment is attached hereto as Exhibit 3.

12. A2K defaulted under the Agreement by failing to make all payments due under the Agreement.

13. Kaur defaulted under the Guaranty by failing to make all payments due under the Guaranty.

14. Failure to make timely payments is an Event of Default under the Agreement and the Guaranty. See Group Exhibit 1, ¶ 11.

15. Upon the occurrence of an Event of Default, Pawnee is entitled to seek the amount of all accrued unpaid payments and other amounts payable under the Agreement, plus the amount of all unpaid payments for the remaining term of the Agreement, discounted to present value at a rate of 4% per annum, late fees, attorneys' fees and costs, and all other relief provided under the Agreement. See Group Exhibit 1, ¶¶ 6 and 11.

16. Pawnee is further entitled to seek prejudgment interest at the rate of twenty-four percent (24%) per annum. See Group Exhibit 1, ¶ 11.

17. The total remaining balance due to Pawnee under the Agreement and the Guaranty is $123,254.53, excluding prejudgment interest and attorneys' fees and costs.

18. Pawnee demanded payment from the Defendants pursuant to the Agreement and the Guaranty, but the Defendants have failed or refused to make payment.

19. Pawnee has fulfilled its obligations under the Agreement and Guaranty.

## COUNT I – BREACH OF CONTRACT AGAINST DEFENDANT A2K WELLNESS, LLC

20. Pawnee re-alleges and re-asserts Paragraphs 1 through 19 of its Complaint as though fully set forth herein.

21. A2K defaulted under the Agreement by failing to make payments when due.

22. Because of A2K's default under the Agreement, it is indebted to Pawnee in the amount of $123,254.53, plus prejudgment interest at the rate of twenty-four percent (24%) per annum, and attorney's fees and costs.

WHEREFORE, Plaintiff PAWNEE LEASING CORPORATION respectfully requests that the Court enter judgment in its favor and against Defendant A2K WELLNESS, LLC in the amount of $123,254.53, plus prejudgment interest at the rate of twenty-four percent (24%) per annum and attorney's fees and costs, as well as all other such relief which this Court deems just.

## COUNT II – BREACH OF GUARANTY AGAINST DEFENDANT AMANDEEP KAUR

23. Pawnee re-alleges and re-asserts Paragraphs 1 through 22 of its Complaint as though fully set forth herein.

24. Kaur defaulted under the Guaranty by failing or refusing to make payments when due.

25. Because of Kaur's default under the Guaranty, Kaur is indebted to Pawnee in the amount of $123,254.53, plus prejudgment interest at the rate of twenty-four percent (24%) per annum and attorney's fees and costs.

WHEREFORE, Plaintiff PAWNEE LEASING CORPORATION respectfully requests that the Court enter judgment in its favor and against Defendant AMANDEEP KAUR in the amount of $123,254.53, plus prejudgment interest at the rate of twenty-four percent (24%) per annum and attorney's fees and costs, as well as all other such relief which this Court deems just.

PAWNEE LEASING CORPORATION,

By: /s/ Vladyslav Yuriyovych Bilyy

Debra Devassy Babu (ARDC # 06282743)
Vladyslav Yuriyovych Bilyy (BAR#: 1122135)
Darcy & Devassy PC
444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611
(312)784-2400 (t)
(312)784-2410 (f)
ddevassy@darcydevassy.com
vbilyy@darcydevassy.com